IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                                                                                **PLAINTIFF**
ADC #136346

v.                                                          No. 4:25-cv-00477-LPR

**GIBSON, et al.**                                                                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 11) and the Plaintiff's Objections (Doc. 13).[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff's claims are DISMISSED without prejudice based on his failure to (1) comply with the Court's May 14, 2025 Order requiring him to pay the filing fee, and (2) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court has also reviewed Plaintiff's other post-recommendation filings. *See* Docs. 12, 15–16, 19–20. To the extent those documents can be construed as additional Objections to the RD, the Court has considered them accordingly.

[2] Plaintiff states in his Objections that "officers are passing rumors around to the gangs and giving them contraband and telling them I'm [a] snitch rat . . . ." Objections (Doc. 13–1) at 3. He says that he notified staff that some unidentified officers are "paying hit men," but the staff "only made it worse by spreading what [he was] complaining about . . . ." *Id*. at 4. He asserts that being seen as a "snitch" puts him in imminent danger of serious harm from other inmates. *Id*. at 1. These allegations are vague and fail to identify any of the officers involved. Moreover, and more importantly, they are unrelated to the allegations in Plaintiff's Complaint and Amended Complaint. The Court finds, therefore, that these allegations do not satisfy the "imminent danger" exception to the three-strikes rule for purposes of the present case. The Court notes, however, that Plaintiff is free to bring a new case concerning these new allegations if he believes he can sufficiently allege a viable claim (and he either pays the filing fee or meets the imminent danger exception).